United States District Court
Southern District of Texas

**ENTERED**

July 22, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DAVID JOLLONE KING,                    §
(TDCJ-CID #1765608)                    §
                                       §
                Petitioner,            §
vs.                                    §          CIVIL ACTION H-16-2109
                                       §
LORIE DAVIS,                           §
                                       §
                Respondent.            §

### MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 427th Judicial District Court of Travis County, Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Western District of Texas, Austin Division. Petitioner's motion to proceed in forma pauperis, (Docket Entry No. 3), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on _____July 22_____, 2016.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE